AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Dakota Holland<br><br>*Defendant(s)* | Case No.<br>1:18-mj-00503 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 17, 2018__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1 - 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Possession with Intent to Distribute Methamphetamine, a Schedule II Non-Narcotic Controlled Substance |
| Count 2 - 18 U.S.C. § 924(c) | Carrying a Firearm During and in Relation to a Drug Trafficking Crime |
| Count 3 - 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brian Reardon, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 22 MAY 2018

_____
*Judge's signature*

City and state: Indianapolis, Indiana

Mark J. Dinsmore
*Printed name and title*

# AFFIDAVIT

Your Affiant, Brian Reardon, being first duly sworn upon my oath, state as follows:

## Introduction and Agent Background

1. Your Affiant is a Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and has served in this capacity since March 2015. Your Affiant is currently assigned to the Indianapolis Group I Field Office Achilles Task Force and charged with investigating violations of federal firearms, explosives, and arson laws, and offenses enumerated in Title 18 and Title 26 of the United States Code, for which your Affiant has received formal training at the Federal Law Enforcement Training Center and the ATF National Academy.

2. Prior to becoming a Special Agent with ATF, your Affiant was a police officer and narcotics investigator with the New Albany Indiana Police Department for approximately six years. In addition to day-to-day narcotics investigations, your Affiant was assigned as a Task Force Officer (TFO) to the Federal Bureau of Investigations Safe Streets Gang Task Force for three years.

3. Your Affiant has become aware of the facts and circumstances described below through personal observation, training and experience, information provided by other law enforcement officers, witness interviews, and suspect interview(s). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your Affiant has not included each and every fact known concerning this investigation. Rather, your Affiant has set forth only those facts that are believed to be necessary to establish probable cause to issue an arrest warrant. The information included herein is either personally known to your affiant or has been relayed by other law enforcement officers during the course of the investigation.

4. This Affidavit is submitted in support of a criminal complaint charging Dakota HOLLAND, date of birth XX/XX/1995 with Intent to Distribute Methamphetamine, a Schedule II Non-Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), for Carrying a Firearm during and in relation to a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c), and Possession of a Firearm By a Prohibited Person in violation of Title 18, United States Code, Sections 922(g)(1). The information contained in this Affidavit is a combination of information known to me personally and related to me by other law enforcement officers either through direct conversations with them or through their official written reports.

**Probable Cause**

5. On May 17, 2018, an officer with the Indianapolis Metropolitan Police Department conducted a traffic stop on a black Pontiac for numerous traffic violations. The traffic stop occurred in Indianapolis, Marion County, Indiana in the Southern District of Indiana. The front seat passenger, Dakota Holland, was observed to be making furtive movements towards the right side of the vehicle, next to the passenger door. When contact was made with the vehicle, the smell of marijuana was detected by officers. The driver was cooperative. Holland hesitated to provide his name. While getting Holland's information, a black handgun was observed in arms reach of Holland, in the passenger door in plain view, in the same area where Holland had been making furtive movements. Holland was immediately detained. The driver stated that the gun belonged to Holland.

6. During a search of Holland incident to arrest, Holland stated he had methamphetamine and heroin on his person. Multiple bags were located in his pocket, which contained approximately 11 grams of a mixture or substance that contained a detectable amount

of methamphetamine, as well as $397 United States Currency. The firearm, a Smith and Wesson 9mm handgun bearing serial number HXY0586, was retrieved from the vehicle. The firearm was stolen ten days prior and had travelled in interstate commerce.

7. Holland has a prior conviction for crimes punishable by more than one year of imprisonment for Armed Robbery in cause 49G06-1207-FB-049355, Marion County, Indiana on or about July 19, 2012.

### Summary and Request

8. Based on the information in this Affidavit, I submit there is probable cause to believe that on or about May 17, 2018, Dakota HOLLAND committed the offenses of intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), for carrying a firearm during and in relation to a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c), and for possession of a firearm while being a prohibited person in violation of Title 18, United States Code, Section 922(g)(1). Accordingly, I respectfully request this Court issue a criminal complaint charging him with those offenses along with a warrant for his arrest.

Brian Reardon, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me, and subscribed in my presence, this 22nd day of May 2018.

Mark J. Dinsmore, Magistrate Judge
United States District Court
Southern District of Indiana